**Allan F. CURRY, Respondent,**

v.

**STATE of Missouri, Appellant.**

**No. 57382.**

Missouri Court of Appeals,
Eastern District,
Division Five.

July 17, 1990.

Mary E. Anderson, Asst. Public Defender, Columbia, for appellant.

William L. Webster, Atty. Gen., Christine A. Alsop, Asst. Atty. Gen., Jefferson City, for respondent.

## ORDER

PER CURIAM.

Movant appeals the denial of his Rule 24.035 motion. We affirm. No error of law appears, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum, for their information only, setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).